UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                Case Number: 07-20414

v.                                    JUDGE PAUL D. BORMAN
                                        UNITED STATES DISTRICT COURT

D-1 GEOFFREY FIEGER,
D-2 VERNON JOHNSON,

        Defendants.
_____/

## ORDER STRIKING DEFENDANT'S MOTION AND BRIEF TO DISMISS

The Court hereby **STRIKES** Defendant Geoffrey Fieger's Motion and Brief to Dismiss for Selective and Vindictive Prosecution (Dock. No. 6), pursuant to Local Rules 5.1 and 7.1. Under Local Rule 7.1(c)(3)(A), the text of a brief supporting a motion or response, including footnotes and signatures, may not exceed twenty (20) pages. This brief exceeds twenty (20) pages. The Court will not accept a brief of more than twenty (20) pages. Additionally, Defendant's brief does not comply with Local Rule 5.1(a). Rule 5.1(a) states that "[m]argins must be at least one and one-half inches on the top and one inch on the sides and bottom." Finally, in rewriting the brief, Defendant should be aware that the type size of all text and footnotes must be no smaller than twelve (12) point font or ten (10) characters per inch. Accordingly, Defendant's brief is **STRICKEN** from the record.

      **SO ORDERED.**

                                        s/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: August 28, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on August 28, 2007.

                                                              s/Denise Goodine
                                                              Case Manager