UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,            CRIMINAL NO. 07-20414

-vs-                        HONORABLE PAUL BORMAN

D-1   GEOFFREY FIEGER,

       Defendant.
_____/

## ACCEPTANCE BY COURT OF DEFENDANT'S WAIVER OF APPEARANCE FOR RE-ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b), the Court hereby accepts the waiver of re-arraignment submitted by Defendant Geoffrey Fieger in the above-captioned matter.

Dated this ___ day of September, 2007.

                                             PAUL D. BORMAN
                                             United States District Judge