# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,                Case Number: 07-20414

v.                                    JUDGE PAUL D. BORMAN
                                    UNITED STATES DISTRICT COURT

D-1 GEOFFREY FIEGER,

                    Defendant.

_____ /

## ORDER GRANTING DEFENDANT FIEGER'S
## MOTION TO EXTEND MOTION CUT-OFF

      The Court hereby **GRANTS** Defendant Geoffrey Fieger's Motion to Extend time to file motions to **October 9, 2007.** This does not change the trial date.

      **SO ORDERED.**

                        s/Paul D. Borman_____
                        PAUL D. BORMAN
                        UNITED STATES DISTRICT JUDGE

Dated:  September 28, 2007

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on September 28, 2007.

                        s/Denise Goodine_____
                        Case Manager