**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,                      CASE NO. 07-20414

-vs-

                                         PAUL D. BORMAN
                                         UNITED STATES DISTRICT JUDGE

GEOFFREY FIEGER and
VERNON JOHNSON,

        Defendants.
_____/

## NOTICE

        The Court submits for the parties consideration, the relevance of another Order issued by the Honorable Rebecca Pallmeyer in *USA v. Lawrence E. Warner, George H. Ryan, Sr.*, No. 02 CR 506-1,4 (N.D. Ill. Feb. 2, 2006) (the Governor Ryan case). This matter will be discussed at the hearing schedule for November 7, 2007.

                                                      s/Paul D. Borman
                                                        PAUL D. BORMAN
                                                        UNITED STATES DISTRICT JUDGE

Dated: October 19, 2007

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on October 19, 2007.

                                                         s/Denise Goodine
                                                        Case Manager