**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA.,

        Plaintiff,                          CASE NO. 07-20414

-vs-                                       PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

D-1 GEOFFREY FIEGER,
D-2 VERNON JOHNSON,

        Defendants.
_____/

## ORDER
## REGARDING GOVERNMENT'S EX PARTE SUBMISSIONS

The Court notes that the Government offered to make three different *ex parte* admissions to the Court regarding Defendants' Motion to Dismiss for Vindictive and Selective Prosecution. Defendant has filed a Brief in Opposition to Government's Suggestion to Provide Secret Information to Court (Doc. No. 80).

The Government has offered to submit: (1) an *ex parte* sealed pleading providing examples of other investigations involving simultaneous interviews and search warrants, Plf. Supp. Br. at 5 n.3; (2) an *ex parte* sealed pleading identifying a trial lawyer who was accused of illegal contributions to the Edwards Campaign in 2003 who was not prosecuted to illustrate the Government made its decision to prosecute on objective factors, *Id*. at 12 n. 6; and (3) the reason for the recusal of certain personnel in the United States Attorney's Office *ex parte* and *in camera*.[1]

---

[1] This request was contained in the October 23, 2007, letter which accompanied the Government's submitted Department of Justice manual on prosecution.

The Court hereby;

(1) **ORDERS** that the Government shall make these disclosures by the above described methods by Friday November 2, 2007; and

(2) **DENIES** Defendant's Brief in Opposition to Government's Suggestion to Provide Secret Information to Court.

**SO ORDERED.**

                      s/Paul D. Borman
                      PAUL D. BORMAN
                      UNITED STATES DISTRICT JUDGE

Dated: October 30, 2007

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on October 30, 2007.

                      s/Denise Goodine
                      Case Manager