UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                   CRIMINAL NO. 07-20414

v.                                                     HONORABLE PAUL D. BORMAN

D-2 VERNON JOHNSON,

      Defendant
_____ /

## **PROTECTIVE ORDER**

THIS MATTER COMING BEFORE THIS COURT on the Motion of the United States for entry of a protective order concerning the disclosure of witness statements exchanged between the parties in this matter pursuant to Fed.R.Crim.P. 26.2, in light of the substantial likelihood that extra-judicial statements regarding these statements or the witnesses may materially prejudice the rights of the witnesses as well as the rights of one or more of the parties to a fair trial,

IT IS HEREBY ORDERED that, apart from court hearings or filings, neither Vernon Johnson, his attorneys, nor anyone on his behalf shall release witness statements or their substance, authorize the release of witness statements or their substance, or comment upon the witness statements (or their substance) exchanged between the parties pursuant to Fed.R.Crim.P. 26.2, including by making or causing another to make any extra-judicial statement which a person reasonably would expect to be reported in the public media regarding witnesses in this proceeding. This Protective Order shall prevent Mr. Johnson from sharing, directly or indirectly, any of the witness statements with his co-defendant, Mr. Fieger, because Mr. Fieger has not yet consented to the entry of such a protective order as to him. This Protective Order shall also

apply to any person associated with Mr. Johnson, including his employees, agents, or representatives.

                                                  s/Paul D. Borman  
                                                  PAUL D. BORMAN  
                                                  UNITED STATES DISTRICT JUDGE

Dated: November 27, 2007

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 27, 2007.

                                                  s/Denise Goodine  
                                                  Case Manager