**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA.,

       Plaintiff,                      CASE NO. 07-20414

-vs-                                  PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

D-1 GEOFFREY FIEGER,
D-2 VERNON JOHNSON,

       Defendants.
_____/

## NOTICE

      A motion hearing is scheduled for December 14, 2007, on the parties' pending Motions for Reconsideration relating to the original Motion to Dismiss based on Selective and Vindictive Prosecution and *ex parte* submissions made by the Government. (Doc. Nos. 102, 107). The Court anticipates argument from the parties on the issue of the basis for recusal of certain United States Attorneys in this matter. If the Government contends that there is any applicable privilege, the Government should brief the issue and file it by December 7, 2007. Defendants may respond by December 13, 2007. Any brief shall not be more than ten (10) pages in length.

                                                              s/Paul D. Borman
                                                               PAUL D. BORMAN
                                                               UNITED STATES DISTRICT JUDGE

Dated: November 29, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on November 29, 2007.

                                                  s/Denise Goodine
                                                  Case Manager