UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                   CRIMINAL NO. 07-20414

v.                                            HONORABLE PAUL D. BORMAN

D-1 GEOFFREY FIEGER,

    Defendant
_____ /

## **PROTECTIVE ORDER**

THIS MATTER COMING BEFORE THIS COURT on the Motion of the United States for entry of a protective order concerning the disclosure of witness statements exchanged between the parties in this matter pursuant to Fed.R.Crim.P. 26.2, in light of the substantial likelihood that extra-judicial statements regarding these statements or the witnesses may materially prejudice the rights of the witnesses as well as the rights of one or more of the parties to a fair trial, and in view of Mr. Fieger's concurrence in the entry of this Order,

IT IS HEREBY ORDERED that, apart from court hearings or filings, neither GEOFFREY FIEGER, his attorneys, nor anyone on his behalf shall release witness statements or their substance, authorize the release of witness statements or their substance, or comment upon the witness statements (or their substance) exchanged between the parties pursuant to Fed.R.Crim.P. 26.2, including by making or causing another to make any extra-judicial statement which a person reasonably would expect to be reported in the public media regarding witnesses in this proceeding. This Protective Order shall also apply to any person associated with Mr. Fieger, including his employees, agents, or representatives.

s/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: December 6, 2007

                        CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 6, 2007.


                                        s/Denise Goodine
                                        Case Manager