**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,                       CASE NO. 07-CR-20414

-vs-                                          PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

D-1 GEOFFREY FIEGER,
D-2 VERNON JOHNSON,

        Defendants.
_____/

## ORDER CLARIFYING DISCLOSURE COMMITMENT BY GOVERNMENT OF PRESENT FIEGER EMPLOYEE WITNESS STATEMENTS TO DEFENDANT FIEGER

The Court has reviewed the transcript of the November 7, 2007 hearing with regard to immediate disclosure of witness statements based on Defendant Fieger's signing of a gag order. The Court concludes that the Government's interpretation is correct; that it would provide witness statements of present non-Fieger employees to Defendant Fieger upon his consenting to a gag order, but that discovery regarding present Fieger employees would be provided to Defendant Fieger two weeks prior to trial.

**SO ORDERED.**

                                                        _____
                                                        PAUL D. BORMAN
                                                       UNITED STATES DISTRICT JUDGE

DATED: _____
          Detroit, MI