# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA.,

      Plaintiff,                       CASE NO. 07-CR-20414

-vs-                                    PAUL D. BORMAN
                                         UNITED STATES DISTRICT JUDGE

D-1 GEOFFREY FIEGER,
D-2 VERNON JOHNSON,

      Defendants.
_____/

## ORDER REGARDING FEBRUARY 1, 2008 STATUS CONFERENCE

     A status conference is currently scheduled for February 1, 2008. Due to the Court's concerns regarding efficiency and the avoidance of undue confusion, the Court shall allow any attorney to attend the status conference by telephone. However, only those attorneys who are physically present at the hearing shall be allowed to address the Court.

**SO ORDERED**.

                                       s/Paul D. Borman
                                       PAUL D. BORMAN
                                       UNITED STATES DISTRICT JUDGE

Dated: January 25, 2008

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 25, 2008.

                                       s/Denise Goodine
                                       Case Manager