UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,           Case Number: 07-20414

v.           JUDGE PAUL D. BORMAN
           UNITED STATES DISTRICT COURT

D-1 GEOFFREY FIEGER,
D-2 VERNON JOHNSON,

           Defendants.
_____/

## SCHEDULING ORDER

On February 1, 2008, the Court held a proceeding to arraign Defendants as a superseding indictment, and a status conference:

1. Defendant Johnson was arraigned; Defendant Fieger was unavailable due to his participation in out-of-town trials; he will be arraigned no later than February 22, 2008.

2. Defendants can file a supplemental brief of up to 20 pages by February 8, 2008, in support of their Discovery requests re their Motion to Dismiss for Selective/Vindictive prosecution. The Government's response of up to 20 pages is due by February 15, 2008. Defendants reply brief of up to 10 pages is due on February 20, 2008. A Hearing on the Discovery issue will be held on Monday, February 25, 2008, at 2 p.m..

3. The parties shall submit a joint proposed Jury Questionnaire no later than February 14, 2008. If the parties cannot agree on certain questions, the objected to questions shall be submitted on a separate sheet, by each Party, to the Court by February 18, 2008. If necessary, this issue will be addressed at the hearing on February 25, 2008 at 2 p.m..

**SO ORDERED.**

```
                              s/Paul D. Borman
                              PAUL D. BORMAN
                              UNITED STATES DISTRICT JUDGE
```

Dated: February 5, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 5, 2008.

```
                              s/Denise Goodine
                              Case Manager
```