UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                     CRIMINAL NO. 07-20414

v.                                  HONORABLE PAUL D. BORMAN

D-1 GEOFFREY FIEGER,
D-2 VERNON JOHNSON,

       Defendant
_____ /

## **PROTECTIVE ORDER**

THIS MATTER COMING BEFORE THIS COURT on the Motion of the United States for entry of a protective order allowing the government to file certain exhibits under seal. For the reasons stated in the government's motion, and in view of the defendants' concurrence in the entry of this Order,

IT IS HEREBY ORDERED that the government's motion to seal certain witness statements is GRANTED; and

IT IS FURTHER ORDERED that the Clerk shall accept and seal from the public record the following exhibits to the government's response to defendants' motions for discovery on their claim of vindictive prosecution:

- Exhibit H, which is the April 7, 2005 Complaint Form for Eric Humphrey;

- Exhibit I, which is the FBI 302 memorializing an April 13, 2005 interview of Eric Humphrey; and

- Exhibit J, which is the FBI 302 memorializing a November 11, 2005 interview of Joe Bird.

DATED this __19th__ day of February, 2008.

                                          s/Paul D. Borman
                                          PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

Dated: February 19, 2008

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 19, 2008.

                                          s/Denise Goodine
                                          Case Manager