UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                      CRIMINAL NO. 07-20414

v.                                   HONORABLE PAUL D. BORMAN

D-1 GEOFFREY FIEGER,
D-2 VERNON JOHNSON,

      Defendant
_____ /

## **ORDER**

      This matter comes before the Court on the Motion of the United States for leave to file an amended brief and an amended declaration to correct two mistaken dates in briefing the government had previously filed with the Court as Docket No. 176. For the reasons stated in the government's motion, and in view of the defendants' concurrence in the entry of this Order,

      IT IS HEREBY ORDERED that the government's motion for leave to file an amended brief and an amended declaration is GRANTED.

      s/Paul D. Borman
      PAUL D. BORMAN
      UNITED STATES DISTRICT JUDGE

Dated: February 26, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on February 26, 2008.

                                              s/Denise Goodine
                                              Case Manager