**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA.,

       Plaintiff,                                CASE NO. 07-20414

-vs-                                              PAUL D. BORMAN
                                                 UNITED STATES DISTRICT JUDGE

D-1 GEOFFREY FIEGER,
D-2 VERNON JOHNSON,

       Defendants.
_____/

## ORDER REGARDING LIST OF TRIAL WITNESSES

The Court orders that the parties shall submit a list of all anticipated trial witness names such that those names may be added to the Joint Proposed Jury Questionnaire. These lists must be submitted by March 17, 2008, at the hearing to be held at 12:30 p.m.

**SO ORDERED.**

                                                 s/Paul D. Borman
                                                 PAUL D. BORMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated: March 13, 2008

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 13, 2008.

                                               s/Denise Goodine
                                               Case Manager