# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA.,

       Plaintiff,                          CASE NO. 07-20414

-vs-                                        PAUL D. BORMAN
                                             UNITED STATES DISTRICT JUDGE

D-1 GEOFFREY FIEGER,
D-2 VERNON JOHNSON,

       Defendants.
_____/

## ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION

The Court advised the parties during the hearing held on March 12, 2008, that the Court will conduct the voir dire at trial.[1] The Court also advised the parties at a previous hearing that each party would have 45 minutes for their opening statement. Defendant Fieger has filed a Motion for Reconsideration on these rulings. (Dkt. No. 216).

After review, the Court finds no error in its previous rulings and **DENIES** the Motion for Reconsideration.

      **SO ORDERED**.

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: March 13, 2008

---

[1] During the Court's voir dire, the parties can, in response to juror answers, write out follow-up questions and tender them to the Court for consideration.

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 13, 2008.

                                                s/Denise Goodine
                                                Case Manager