**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,                          CASE NO. 07-CR-20414

-vs-                                          PAUL D. BORMAN
                                                 UNITED STATES DISTRICT JUDGE

D-1 GEOFFREY FIEGER,
D-2 VERNON JOHNSON,

       Defendants.
_____/

**ORDER:**
**(1) DENYING DEFENDANTS' MOTION TO DISMISS BASED ON SELECTIVE AND VINDICTIVE PROSECUTION;**
**(2) DENYING AS MOOT DEFENDANT FIEGER'S MOTION FOR ADDITIONAL DISCOVERY ON THIS ISSUE; AND**
**(3) REAFFIRMING TRIAL DATE SET FOR MONDAY APRIL 14, 2008, 9:00 A.M**

Before the Court is Defendants Geoffrey Fieger and Vernon Johnson's Motion to Dismiss based on Selective and Vindictive Prosecution. (Dkt. No. 21).

The Court having received the information requested from the Government at the previous hearing held on March 17, 2008, having heard arguments and conducted multiple hearings, and reviewed the briefs and numerous supplements, **DENIES** Defendants' Motion. An Opinion on this matter shall issue at a later date. In that the Court has ruled on this issue and thereby concluded that no further discovery is appropriate, the Motion for Additional Discovery on this issue is **DENIED AS MOOT**. (Dkt. No. 217). Trial shall begin at 9:00 a.m. April 14, 2008, as scheduled.

     **SO ORDERED**.

                                                     s/Paul D. Borman
                                                     PAUL D. BORMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated: March 20, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 20, 2008.

                                                s/Denise Goodine
                                                Case Manager