# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION


UNITED STATES OF AMERICA.,

         Plaintiff,                             CASE NO. 07-20414

-vs-                                     PAUL D. BORMAN
                                             UNITED STATES DISTRICT JUDGE


D-1 GEOFFREY FIEGER,
D-2 VERNON JOHNSON,

         Defendants.

_____/

## ORDER GRANTING MOTION FOR JURY QUESTIONNAIRE

Before the Court is Defendant Geoffrey Fieger's September 11, 2007 Motion for Jury

Questionnaire. (Dkt. No. 27). On September 24, 2007, the Government responded.

At a hearing on February 26, 2008, the Court heard argument on the Proposed Jury

Questionnaire and addressed and resolved the parties' objections. The parties have now filed a

Proposed Jury Questionnaire. For these reasons, the Court **GRANTS** Defendant's Motion for Jury

Questionnaire.

      **SO ORDERED**.


                                       s/Paul D. Borman
                                       PAUL D. BORMAN
                                       UNITED STATES DISTRICT JUDGE


Dated: March 24, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 24, 2008.

s/Denise Goodine
Case Manager