# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA.,

      Plaintiff,                CASE NO. 07-20414

-vs-                             PAUL D. BORMAN
                                   UNITED STATES DISTRICT JUDGE

D-1 GEOFFREY FIEGER,
D-2 VERNON JOHNSON,

      Defendants.
_____/

## ORDER REGARDING PEREMPTORY CHALLENGES

      The Court will seat 12 jurors and 4 alternates for trial. The government will have 8 peremptory challenges and the defendants will jointly have a total of 12 peremptory challenges. This conforms to Federal Rule of Criminal Procedure 24 (b)(2) which states that in a felony case, the government has 6 peremptory and the defendant or defendants jointly have 10 peremptory challenges; (c)(4)(B) states that 2 additional peremptory challenges are permitted when four alternates are impaneled.

      **SO ORDERED**.

                                                         s/Paul D. Borman
                                                         PAUL D. BORMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated: March 31, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 31, 2008.

                                          s/Denise Goodine
                                          Case Manager