# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA.,

        Plaintiff,                       CASE NO. 07-CR-20414

-vs-                                    PAUL D. BORMAN
                                             UNITED STATES DISTRICT JUDGE

D-1 GEOFFREY FIEGER,
D-2 VERNON JOHNSON,

        Defendants.
_____/

## ORDER IN RESPONSE TO GOVERNMENT'S MOTION FOR EX PARTE *GIGLIO* DETERMINATION

The Court has received the Government's Motion to seal the *Ex Parte* Motion for *Gigilo* Determination and three Exhibits submitted on April 2, 2008.

The Court **GRANTS** the Government's Motion to file under seal the Motion and three Exhibits, however, concludes:

    (2)    Exhibit A is not *Giglio* or *Brady* material;

    (3)    Exhibit B is *Giglio*, *Brady* material and should therefore be provided to Defense Counsel; and

    (4)    Exhibit C is *Giglio*, *Brady* material and should therefore be provided to Defense Counsel.

**SO ORDERED**.

                                                        s/Paul D. Borman
                                                        PAUL D. BORMAN
                                                        UNITED STATES DISTRICT JUDGE

Dated:  April 3, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 3, 2008.

                                              s/Denise Goodine
                                              Case Manager