**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA.,

        Plaintiff,                        CASE NO. 07-20414

-vs-                                      PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

D-1 GEOFFREY FIEGER,
D-2 VERNON JOHNSON,

        Defendants.
_____/

## **ORDER DENYING DEFENDANT FIEGER'S MOTION TO COMPEL**

Before the Court is Defendant Fieger's Motion to Compel. (Dkt. No. 234). Defendant Fieger "demands" (Mot. at 2) that the Court order the Government to provide Defendant Fieger with Government's Exhibit A which was filed under seal with the Government's *Ex Parte* Motion for *Giglio* Determination.

The Court **DENIES** Defendant Fieger's Motion to Compel as it has determined Exhibit A does not implicate *Brady* or *Giglio*. The Exhibit is properly under seal and is part of the record. **SO ORDERED**.

                                                  s/Paul D. Borman
                                                  PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

Dated: April 7, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 7, 2008.

                                                s/Denise Goodine
                                                Case Manager