**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA.,

       Plaintiff,                             CASE NO. 07-20414

-vs-                                            PAUL D. BORMAN
                                                     UNITED STATES DISTRICT JUDGE

D-1 GEOFFREY FIEGER,
D-2 VERNON JOHNSON,

       Defendants.
_____/

## **ORDER REGARDING OBJECTIONS TO PROPOSED EXHIBITS**

The Court **ORDERS** that any good faith objection to the other party's proposed exhibits identify the specific basis for the Objection; this includes describing the proposed exhibit, as well as articulating the basis of their objection (i.e. Federal Rule of Evidence). The Court will not accept as an Objection, the boilerplate language, "Object as to foundation, relevancy, authenticity, and contains privileged and/or private matters" contained in Defendant Fieger's Objections.

A proper objection will describe the specific exhibit, and then describe the specific good faith basis for the objection. Such Objections shall be filed by 10:00 a.m. on Wednesday April 9, 2008.

**SO ORDERED**.

                                                               s/Paul D. Borman
                                                                PAUL D. BORMAN
                                                               UNITED STATES DISTRICT JUDGE

Dated: April 7, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 7, 2008.

                                              s/Denise Goodine
                                              Case Manager