**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA.,

                Plaintiff,                                    CASE NO. 07-20414

-vs-                                                          PAUL D. BORMAN
                                                              UNITED STATES DISTRICT JUDGE
D-1 GEOFFREY FIEGER,
D-2 VERNON JOHNSON,

                Defendants.

_____/

**ORDER STRIKING DEFENDANT FIEGER'S MOTION TO DISMISS FOR**
**VIOLATIONS OF THE JURY SELECTION AND SERVICES ACT– FAILURE TO FILE**
**AN ACCOMPANYING BRIEF**

Before the Court is the Defendant Fieger's Motion to Dismiss for Violations of the Jury

Selection and Services Act filed on April 10, 2008. (Dkt. No. 265).

The Court **STRIKES** the Defendant Fieger's Motion as it fails to comply with the Local

Rules of the Federal District Court for the Eastern District of Michigan as it is not accompanied by

a brief. Local Rule 7.1(c) states in pertinent part:

(1)     Briefs Required and Permitted.
        (A)     <u>Motions</u> and responses to motions <u>must be accompanied by a brief</u>. . . .

        **SO ORDERED**.


                                        s/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE


Dated: April 11, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 11, 2008.


s/Denise Goodine
Case Manager