**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA.,

   Plaintiff,         CASE NO. 07-20414

-vs-              PAUL D. BORMAN
                UNITED STATES DISTRICT JUDGE
D-1 GEOFFREY FIEGER,
D-2 VERNON JOHNSON,

   Defendants.
_____/

# ORDER STRIKING DEFENDANT FIEGER'S RESPONSE TO GOVERNMENT'S MOTION TO QUASH SUBPOENA AND REQUEST TO COMPEL COMPLIANCE – FAILURE TO FILE AN ACCOMPANYING BRIEF

  Before the Court is the Defendant Fieger's Response to Government's Motion to Quash Subpoena and Request to Compel Compliance filed on April 11, 2008. (Dkt. No. 273).

  The Court **STRIKES** the Defendant Fieger's Response as it fails to comply with the Local Rules of the Federal District Court for the Eastern District of Michigan as it is not accompanied by a brief. Local Rule 7.1(c) states in pertinent part:

(1) Briefs Required and Permitted.
  (A) Motions and <u>responses</u> to motions <u>must be accompanied by a brief</u>. . . .

  **SO ORDERED**.

              s/Paul D. Borman
              PAUL D. BORMAN
              UNITED STATES DISTRICT JUDGE

Dated: April 11, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 11, 2008.

                                                s/Denise Goodine
                                                Case Manager