# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA.,

      Plaintiff,                          CASE NO. 07-20414

-vs-                                           PAUL D. BORMAN
                                               UNITED STATES DISTRICT JUDGE

D-1 GEOFFREY FIEGER,
D-2 VERNON JOHNSON,

      Defendants.
_____/

## ORDER STRIKING GOVERNMENT'S MOTION TO QUASH SUBPOENA

Before the Court is the Government's Motion to Quash Subpoena filed on April 8, 2008. (Dkt. No. 255).

The Court **STRIKES** the Government's Motion as it fails to comply with the Local Rules of the Federal District Court for the Eastern District of Michigan as it is not accompanied by a brief.

Local Rule 7.1(c) states in pertinent part:

(1)     Briefs Required and Permitted.
       (A)    <u>Motions</u> and responses to motions <u>must be accompanied by a brief</u>. The brief may be separate from or may be contained within the motion. <u>If contained within the motion, the brief must begin on a new page and must be clearly identified as the brief</u>. . . .

     **SO ORDERED**.

                                                    s/Paul D. Borman
                                                    PAUL D. BORMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: April 14, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 14, 2008.

                                                      s/Denise Goodine
                                                     Case Manager