**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA.,

      Plaintiff,                       CASE NO. 07-20414

-vs-                                        PAUL D. BORMAN
                                          UNITED STATES DISTRICT JUDGE

D-1 GEOFFREY FIEGER,
D-2 VERNON JOHNSON,

      Defendants.
_____/

### **ORDER STRIKING GOVERNMENT'S OVERSIZE TRIAL BRIEF**

      Before the Court is the Government's April 8, 2008 Motion to Exceed Page Limits and file an oversize trial brief in this action. (Dkt. No. 251).

      The Court **DENIES** this Motion and **STRIKES** the Government's oversize brief.

**SO ORDERED**.

                                                          s/Paul D. Borman
                                                          PAUL D. BORMAN
                                                          UNITED STATES DISTRICT JUDGE

Dated: April 14, 2008

                                    CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 14, 2008.

                                                          s/Denise Goodine
                                                          Case Manager