# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                CASE NO. 07-CR-20414

-vs-                                              PAUL D. BORMAN
                                                     UNITED STATES DISTRICT JUDGE

D-1    GEOFFREY FIEGER,
D-2    VERNON JOHNSON

       Defendant(s).
_____/

# ORDER
# GOVERNING MEDIA AND PUBLIC CONDUCT,
# COURTROOM PROCEDURES, AND DECORUM

The Court orders as follows:

**(1)**    **Jurors.**

     (a)    Individual voir dire will be conducted in Courtroom 737.

     (b)    Completed juror questionnaires and juror strike lists will not be available to the public.

     (c)    Following jurors or prospective jurors, obtaining their license plate numbers, or attempting in any way to obtain their identity is prohibited.

     (b)    Contact with jurors and prospective jurors is strictly prohibited.

     (c)    Any attempt by anyone not authorized by the Court to contact or communicate with jurors or prospective jurors, or any attempt to photograph jurors while in transit is strictly prohibited and may be punished as a criminal contempt of court.

**(2)    Cellular Telephones and Other Communication Devices.**

(a)    In accordance with E.D. Mich. LR 83.31(f)(1), cellular telephones and other devices with wireless communication capabilities are not permitted in the Theodore Levin United States Courthouse.

(b)    Under E.D. Mich. LR 83.31(f)(3), all attorneys in this matter will be required to store their cellular telephones and/or other devices with wireless communication capabilities in chambers during court proceedings.

**(3)    Cameras and Recording Devices.**  In accordance with E.D. Mich. LR 83.31(c), cameras and recording devices are not permitted in the Theodore Levin United States Courthouse.

**(4)    Laptop Computers.**

(a)    Generally, laptop computers will not be permitted in the courtroom.  The exception will be those laptops required for evidence presentation.

(b)    Laptops may not be used for note-taking.

**(5)    Leaving the Courtroom.**

(a)    The courtroom, Room 737, will be open 30 minutes before each court session.

(b)    To minimize disruption in the courtroom, all media personnel (including sketch artists) and other spectators should be seated 10 minutes before each session and, absent emergencies, should remain seated throughout the proceedings until court recesses.

(c)    Anyone who leaves the courtroom session will not be allowed to re-enter until

court recesses.

**(6) Courtroom Set-Up, Seating, and Decorum.**

    (a)    Additional chairs will be set up in the well of the courtroom for counsel.

    (b)    Coat racks will be available outside the courtroom.

    (c)    No large bags, briefcases, or backpacks will be allowed in the courtroom.

    (d)    Reserved signs will be used to designate specific seating.

    (e)    Conversations or gestures that may disrupt the proceedings or distract jurors or witnesses are not permitted.

    (f)    No beverages or food (other than water at counsel table or the witness stand) are allowed in the courtroom.

    (g)    The first row on the left side of the courtroom - facing bench - is designated for sketch artists. Seating will be first-come, first-served.

    (h)    The second row on the left-side of the courtroom - facing bench - is designated for media representatives. Seating will be first-come, first-served. All media representatives most display credentials.

    (I)    All remaining rows on the left side of the courtroom will be for spectators. Seating will be first-come, first-served.

    (j)    The first two rows on the right side of the courtroom - facing bench - are reserved for defendants' families. Children under 16 will not be permitted in the courtroom except for Defendants' children. If Defendants' children come to the trial they must be kept silent and seated at all times. The third row is open seating.

**(7) Information for Media.**

(a) The Judge is not available for interviews. In addition, the judge's chambers should not be contacted for information about this case.

(b) No member of the media shall either attempt to secure an interview or conduct an interview in the courtroom or in any area on the Seventh Floor. No media member shall prevent ingress to and egress from the Courthouse.

(c) Sketch artists rendering drawings of court proceedings are prohibited from drawing detailed sketches of any member of the jury. However, silhouettes with no distinguishing features may be done.

(d) A limited daytime work area is available on the 2nd Floor of the Courthouse (Room 212) for use by the media.

(e) No member of the media or public will be admitted in the well within the bar of the courtroom at any time.

(f) Parking of media equipment trucks is the responsibility of media personnel. For security reasons, trucks or other vehicles will not be permitted to park around the perimeter of the Courthouse.

**(8) Case Documents and Court Orders.**

(a) Documents filed under seal are not available.

(b) Public terminals are available at all Clerk's Office locations within the Eastern District of Michigan for viewing the docket, orders, and pleadings free of charge. Copies of items printed from the public terminals are available at $.10 per page. Exact amount

(cash, check, or money order) must be presented. Court staff will not make change. In Detroit only, Master Card, American Express, Discover, Diners Club, and VISA may also be used.

(c) Copies of unsealed pleadings and Court orders entered in the public record of this case are available in the Clerk's Office on the 5th Floor for $.50 per page. See (b) above for payment methods.

(d) Copies of the docket, order, and pleadings may also be obtained online via PACER. Registration may be done at http://pacer.psc.uscourts.gov or by calling 800-676-6856.

**(9) Exhibits.**

Original exhibits admitted into evidence will not be available to the public for copying or inspecting. The admitting party must provide the Judge's clerk an extra copy of any admitted exhibit not restricted by the Court for dissemination.

**(10) Transcripts.** Persons interested in obtaining transcripts of the trial should contact Carol Sapala at (313) 961-7552 or carol_sapala@mied.uscourts.gov. Requests for daily transcripts, to be available the following day, should be made by 4:00 p.m. on the day of the trial for which a transcript is requested.

**(11) Trial Schedule.** The trial is scheduled to begin with jury selection on Monday, April 14, 2008, at 9:00 a.m. Generally, the trial schedule will be Monday through Friday, 9:00 a.m. to 1:00 p.m.

**(12) Compliance With These Guidelines Is Mandatory.** Failure by any person to

comply with this Order may result in exclusion from the Courthouse and other sanctions determined by the Court to be appropriate.

**(13)  Media Contact/Requests for Information.**

(a)  Court Administrator Dave Weaver serves as the Court's Public Information Officer. He may be contacted at (313) 234-5051.

(b)  Neither the Court Administrator nor his staff will provide daily updates regarding proceedings in this case.

**SO ORDERED.**

                                                     S/Paul D. Borman  
                                                     PAUL D. BORMAN  
                                                     UNITED STATES DISTRICT JUDGE

Dated:  April 16, 2008

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 16, 2008.

                                                     S/Denise Goodine

Case Manager