UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
APR 18 2008
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA.,

Plaintiff,

-vs-

CASE NO. 07-20414

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

D-1 GEOFFREY FIEGER,
D-2 VERNON JOHNSON,

Defendants.
_____/

## ORDER FILING PUBLICLY GOVERNMENT'S RESPONSE TO DEFENDANT FIEGER'S SUPPLEMENTAL OBJECTIONS

After review, the Court finds no reason for the Government's Response to Defendant Fieger's Supplemental Objections to be filed under seal. Therefore, the document shall be filed publicly, immediately.

**SO ORDERED.**

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

DATED: 4-18-08
Detroit, MI