# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA.,

       Plaintiff,

-vs-

D-1 GEOFFREY FIEGER,
D-2 VERNON JOHNSON,

       Defendants.
_____/

CASE NO. 07-20414

PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

## ORDER DENYING DEFENDANT FIEGER'S MOTION TO TRANSFER TRIAL

Now before the Court is Defendant Fieger's Motion to Transfer Trial pursuant to Fed. R. Crim. P. 21(a). (Dkt. No. 261).

Rule 21(a) states:

> upon the defendant's motion, the court must transfer the proceeding against that defendant to another district if the court is satisfied that so great a prejudice against the defendant exists in the transferring that the defendant cannot obtain a fair and impartial trial there.

The Court finds that there is not such a great prejudice against Defendant Fieger in this district such that Defendant Fieger cannot obtain a fair and impartial trial here. Further, such a jury has recently been seated in this case. Therefore, the Court **DENIES** Defendant Fieger's Motion for Transfer Trial.

**SO ORDERED**.

                s/Paul D. Borman
                PAUL D. BORMAN
                UNITED STATES DISTRICT JUDGE

Dated: April 25, 2008

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 25, 2008.

                s/Denise Goodine
                Case Manager