**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA.,

      Plaintiff,                                      CASE NO. 07-CR-20414

-vs-                                                     PAUL D. BORMAN
                                                          UNITED STATES DISTRICT JUDGE

D-1 GEOFFREY FIEGER,
D-2 VERNON JOHNSON,

      Defendants.
_____/

**ORDER DENYING**
**(1) DEFENDANT FIEGER'S MOTION TO DISMISS AND FOR ORDER TO SHOW**
**CAUSE AND (2) DEFENDANT JOHNSON'S MOTION TO EXCLUDE/EXCUSE**
**CERTAIN JURORS FOR CAUSE**

Before the Court are Defendant Fieger's April 11, 2008 Motion to Dismiss and for Order to Show Cause and Defendant Johnson's April 11, 2008 Motion to Exclude/Excuse Certain Jurors for Cause. (Dkt. Nos. 271 & 272).

As the Court stated on the record at a hearing held on April 14, 2008, both of these Motions are **DENIED**.

      **SO ORDERED**.

                                                         s/Paul D. Borman
                                                         PAUL D. BORMAN
                                                        UNITED STATES DISTRICT JUDGE

Dated: April 25, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 25, 2008.

s/Denise Goodine
Case Manager
