# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA.,

      Plaintiff,                           CASE NO. 07-20414

-vs-                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

D-1 GEOFFREY FIEGER,
D-2 VERNON JOHNSON,

      Defendants.
_____/

## ORDER STRIKING DEFENDANT FIEGER'S MOTION FOR RETURN OF UNLAWFULLY SEIZED PROPERTY

Before the Court is the Defendant Fieger's Motion for Return of Unlawfully Seized Property filed April 8, 2008. (Dkt. No. 254).

Local Rules 71.(c) of the Federal District Court for the Eastern District of Michigan states in pertinent part:

(1)    Briefs Required and Permitted.
       (A)    <u>Motions</u> and responses to motions <u>must be accompanied by a brief</u>. . . .

Defendant Fieger's counsel has failed to follow the court rules by failing to submit an accompanying brief; the Court **STRIKES** the Defendant Fieger's Motion

      **SO ORDERED**.

                                        s/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: May 5, 2008

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 5, 2008.

                                                                          s/Denise Goodine
                                                                          Case Manager