UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      CRIMINAL NO: 07-20414-1,2

GEOFFREY FIEGER and
VERNON JOHNSON,

    Defendants.
_____/

## JUDGMENT OF ACQUITTAL

Defendants, GEOFFREY FIEGER and VERNON JOHNSON were found not guilty on all Counts in the Indictment and Superseding Indictment following a jury verdict on June 2, 2008. Therefore,

**IT IS ORDERED** that the defendants are **acquitted,** discharged and bond is canceled.

DAVID J. WEAVER, CLERK

DATED: 6/3/08

BY: s/Denise Goodine
    Denise Goodine

APPROVED:

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE